

APR 11 2008

RECEIVED

APR 11 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

APRIL TYLER, )
        Plaintiff, )
)  08CV2137
Vs. )  JUDGE KENNELLY
)  MAG. JUDGE COLE
TONY THEDFORD, JOSEPH VITU, )
DOROTHY KIRIE KINNAIRD, )
RICHARD A. DEVINE, Et. Al. )
        Defendants. )

## COMPLAINT AT LAW

    NOW COMES, April Tyler, Plaintiff, complaining that the above en-captioned Defendants and their friends' OBSTRUCTION OF JUSTICE, has vexaciously injured her life and her family. Enough is enough. Through CIVIL CONSPIRACY and purposely making ERRORS OF LAW to good faith law suits that the Plaintiff and her children had at the Richard J. Daley Center that were dismissed with evil and corrupting power is criminal. Joyce Tobin has involved good and evil people, judges, lawyers, clerks, Cook County, State's Attorney's Office, deputy sheriffs, and police detectives in an evil lie Ms. Tobin should have never lied on the Plaintiff, {Henceforth, Ms. Tyler}. Especially, since there were witnesses that knows she lied on Ms. Tyler. Ms. Tyler respectfully requests a jury trial and states the following grounds in support:

    1.    On April 11, 2006, unlawfully arrested, the State's Attorney of Cook County Richard A. Devine brought false charges for trial against Ms. Tyler, based on a lie Ms. Tobin, the receptionist of the judges of the 24th floor of the Richard J. Daley Center told. Mr. Devine, Cook County, nor his office ever asked to review the surveillance film that were in their control to find out that this woman was lying.

    2.    Although, on or about April 11, 2007, Joyce Tobin has since been fired from the Richard J. Daley Center and her friend Clerk Patrick Kenneally no longer works there, her co-workers, clerks, Deputy Sheriff Rico and Timothy DeCook, judges, detectives, attorney friends liked Trisha E. McVicker of Dykema Gossett, Joseph Vitu, Jeffrey Collins, Daniel Fahner, Eric Andersen, Nancy Joslyn, and many others are still holding the torch for her evil deed done to Ms. Tyler.

    3.    Judge Kathy M. Flanagan allowed Joyce Tobin, on her job's time, to

3. Judge Kathy M. Flanagan allowed Joyce Tobin, on her job's time, to enter her court room several times while Attorney Trisha E. McVicker's Defendants' case was on the court call. Judge Flanagan even reminded Ms. Tyler once after the City of Chicago court call not to forget a case set at 4:00 p.m. before the Presiding Judge William D. Maddux involving more lies and set up for a case she filed against Joyce Tobin. Judge Flanagan had illegally dismissed with prejudice Ms. Tyler's and Minor(s) case before having her clerk Christy to check Electronic Law Docket to tell whether Attorney Daniel Fahner of Greenburg Traurig Law Firm lied to her about Ms. Tyler not having filed her answer. The Honorable Judge Philip Bronstein (Retired February, 2008 according to his clerk Meme) saw the ERRORS OF LAW and reinstated the case. Eventually, the case was sent to the Presiding Judge Maddux who sent it to the Trial Judge John B. Grogan on the 24th floor who doesn't know if he has jurisdiction over the case to reinstate it and send it three years overdue to a jury trial.

4. On April 11, 2006, Ms. Tyler discovered which judge Tony Thedford referred to as one of Joyce Tobin's friends besides the Judge Mark J. Ballard who he stated, " He hates April's guts." This knowledge Mr. Thedford shared with Ms. Tyler and her mother on or about April 6, 2006. On April 11, 2006, Mr. Thedford showed Ms. Tyler the Answer to Discovery which had Dorothy Kirie Kinnaird's name on it, but not, Joseph Vitu's name. [ See Exhibit A]

5. However, on April 11, 2006, there sat Joseph Vitu. Mr. Thedford asked Ms. Tyler, "Why is he here?" Ms. Tyler directed him to go over and ask Mr. Vitu. Mr. Thedford stated, "He's come here to lie on you too and state he saw you resist arrest from the three detectives." Mr. Vitu is a liar, Ms. Tyler with tears in her eyes begged Mr. Vitu to stay with her and her daughter after Detective Timothy O'Donnell stated, "We are just here to do an investigation and ask you some questions," with a smirk on his face. Mr. Vitu responded, "I'm out of here. I came here to help you with your other case not this one. Anyway, I have to go and see Judge Grogan's clerk Eric to look at your file to see if we will even take the case." This entire incident was witnessed by Mary Yankson in the corridor of the 24th floor looking through the glass door. Once Mr. Vitu was out of sight, Detective O'Donnell called a female sheriff to come to get Ms. Tyler's daughter and to call DCFS.

6. On April 11, 2006, Mr. Vitu and Dorothy Kirie Kinnaird were prepared to be false witnesses for Joyce Tobin, if the case would have gone to jury trial like it was intended to. Dorothy Kirie Kinnaird has never been in the presence of both Joyce Tobin and Ms. Tyler together ever. Yet, Ms. Kinnaird was going to be a false witness for Joyce Tobin. On or about May 2, 2005, Ms. Kinnaird, tried to falsely have Ms. Tyler arrested by two Cook County deputy sheriffs for having a motion signed for a new court date by Judge Grogan since Daniel Fahner's secretary Amy involved her on that date. Ms. Tyler could not be present in court the next day due to her baby boy having half of his kidney surgically removed at Children's Memorial Hospital. Once the deputy sheriffs along with Dorothy Kirie Kinnaird

knocked on Judge Grogan's chamber's door he asked, "Do you know that lady?" Judge Grogan responded, "Yes, she was waiting for me to finish the trial." Then he closed his door. After two minutes, they knocked again and the sheriff asked, "Were you expecting this lady?" Judge Grogan responded, "What difference does it make! You are not arresting this young lady tonight. She will be with her baby tomorrow at Children's Hospital for his kidney surgery." Ms. Tyler thanks God for Honorable Judge John B. Grogan's kind heart avoiding her from being falsely arrested again.

    7.    Unfortunately, Tony Thedford did not have a kind heart and was not a man of his word. What is a man, without the honor of his word? Mr. Thedford told Ms. Tyler and her mother that a bench trial is $500.00 and a jury trial is $1,000.00. Ms. Tyler's mother paid him $1,000.00. To this date Mr. Thedford has not refunded her money back and has not even given half back. We gave him a list of witnesses to call for the jury trial he did not contact them. He promised us that if he did contact all the witnesses for April 11, 2006, he would not accept the plea, but get a continuance. He assured Ms. Tyler's mother to go ahead on her planned vacation out of town. On April 11, 2006, Mr. Thedford told Judge Ballard we are taking the plea. Ms. Tyler interrupted informing the court she demands a jury trial. Judge Ballard stated, "Everyone return at 1:00 p.m." I asked Mr. Thedford to come to the Daley Center with me to get our witnesses. He refused. At 1:00 p.m. a all white jury was standing along the wall. Mr. Thedford started mocking me " We are going to have the victory and the truth is the light." He further stated, "Do you think that all white jury is going to believe you or that white woman and those three lying white detectives…?" All of this was stated while Ms. Tyler's mother listened and tried to reason with Mr. Thedford. He stated, "If your daughter doesn't accept the plea she's on your own in the jury trial…!" This is incompetent, ineffective assistance of counsel.

    WHEREFORE, the Plaintiff, Ms. Tyler, respectfully prays that this Honorable Court will grant her a jury trial and damages in excess of $3,000,000.00.

Respectfully submitted,

*[signature]*

Tyler

April

P.O. Box 11620
Chicago, IL 60611

*Exhibit A*

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
MUNICIPAL DEPARTMENT, FIRST MUNICIPAL DISTRICT
MISDEMEANOR SECTION

| | |
|---|---|
| THE PEOPLE OF THE STATE OF ILLINOIS ) <br> ) <br> PLAINTIFF, ) <br> ) <br> vs. ) <br> ) <br> April Tyler ) <br> ) <br> DEFENDANT. ) | **FILED** <br> NOV 09 2005 <br> DOROTHY BROWN <br> CLERK OF CIRCUIT COURT <br> NO.: 05275235 <br> NCD: 12-8-05 ③ <br> P.D. /(PVT): Tony Thedford <br> COPY: (COURT)   STATE   DEFENDANT |

### ANSWER TO DISCOVERY

THE PEOPLE OF THE STATE OF ILLINOIS, by their attorney, RICHARD A. DEVINE, STATE'S ATTORNEY OF COOK COUNTY, through his Assistant, Mark Moreno, answers the Defendant's motion for discovery as follows:

Resisting a PO, 720 ILCS 5/31-1

1. **BILL OF PARTICULARS**

   Offense(s): Battery, 720 ILCS 5/12-3(a)(2)
   Date: On or about: 7-18-05
   Time: Approximately: 1600
   Location: At or near: 50 W. Washington    Chicago, IL, Cook County.

2. (a) The People may or may not call the following individuals as witnesses at the trial of this cause:

   Joyce Tobin
   Detective Robert Carroll #375
   Judge Dorothy Kinnaird

   *state will seek leave to amend Battery complaint on next court date see attached*

   Personnel from the Crime Laboratory, any person named in Police Reports, Arrest Reports, Inventory Sheets, Medical Reports, Laboratory Reports, Evidence Reports, or any other document tendered to or available to the defense.

   Any witnesses needed to establish the chain of custody for physical evidence sought to be introduced at trial.

   (b) The following witnesses made written or oral statements which may be favorable to the defendant. Such statements, if any have been tendered to the defendant.

Page 1 of 2