08CV2137
JUDGE KENNELLY
MAG. JUDGE COLE

DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: April Tyler
(Please print)

STREET ADDRESS: P.O. Box 11620

CITY/STATE/ZIP: Chicago, IL 60611

PHONE NUMBER: _____

CASE NUMBER: _____

Signature / Date 4/11/2008