UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s) Tyler

v.

Defendant(s) Redford et al.

Case Number: 08CV2137
JUDGE KENNELLY
MAG. JUDGE COLE

FILED
APR 11 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, April Tyler, declare that I am the (check appropriate box) [X] plaintiff [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding:

   I am currently working with Atty. Johnson on another case. However, he can't take on any more cases.

3. In further support of my motion, I declare that (check appropriate box):

   [ ] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   [X] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   [X] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

_____        P.O. Box 11630
Movant's Signature              Street Address

April 11, 2008                  Chicago, IL 60611
Date                            City, State, ZIP



As indicated in paragraph three on the opposite page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

**Assigned Judge:** Pallmeyer   **Case Number:** _____

**Case Title:** Tyler vs Maywood, Joyce Toker, et al

~~Appointed~~ Current Attorney's Name: Attorney Robinson

David Ledow (Formerly Appointed)

If this case is still pending, please check box ☒

---

**Assigned Judge:** _____   **Case Number:** _____

**Case Title:** _____

**Appointed Attorney's Name:** _____

If this case is still pending, please check box ☐

---

**Assigned Judge:** _____   **Case Number:** _____

**Case Title:** _____

**Appointed Attorney's Name:** _____

If this case is still pending, please check box ☐

---

**Assigned Judge:** _____   **Case Number:** _____

**Case Title:** _____

**Appointed Attorney's Name:** _____

If this case is still pending, please check box ☐

*[Stamp: 2008 APR 11 PM 5:56 U.S. DISTRICT CLERK]*