# United States District Court
## Northern District of Illinois
### Eastern Division

Tyler  **JUDGMENT IN A CIVIL CASE**

      v.  Case Number: 08 C 2137

Thedford

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered dismissing plaintiff's claims against all defendants other than Thedford for failure to state a claim and dismissing her claim against Thedford for lack of subject matter jurisdiction.

Michael W. Dobbins, Clerk of Court

Date: 5/23/2008                  _____

                                                       /s/ Olga Rouse, Deputy Clerk