**FILED**

JUN 0 9 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

2008 JUN -9 PM 5: 44

U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

April Tyler, Plaintiff

v.

Tony Thedford, Joseph Vith,
Richard A. Devine,
Dorothy King Kinaird,
Mark J. Ballard, et al.
Defendant(s)

Case No. 08 C 2137

Honorable Judge Kennelly

**COMPLAINT**

Motion for Reconsideration of May 23, 2008 Order Judgment (Rule 59) (Rule 60(b)(4)) Initial Complaint

The Plaintiff, April Tyler, respectfully prays that this Honorable Court will Reconsider the 5/23/08 judgment. The Plaintiff, Ms. Tyler, states the following grounds in support:

1) Ms. Tyler received the Notice of Judgment on June 3, 2008 at 6:30 p.m. and needs time to type a Motion to Reconsider Judgment with all the pertinent case law necessary to win this cause before a jury trial.

2) Ms. Tyler moves this Court to Reinstate case and allow her to Amend her Complaint, so that this Honorable Court can understand just how serious this Civil Conspiracy, Obstruction of Justice, and Errors of Law, Abuse of Process, Abuse of Power, False Arrest, False Complaint, False Witness, and Legal Malpractice truly is.

3) Ms. Tyler knows that this Court has jurisdiction to deal with the Aforementioned Issues, especially since the State Court is depriving her of access to file there since the Jayne John case is pending. This is a violation of the Tylers Civil Rights and Constitutional Rights to Sue or Defend herself in the State Court (Fourteenth Amendment Violation) (Webb vs Webb). Once the case gets to Federal Court

1. The Federal Rules of Civil Procedure & Local federal rules deal with Legal Malpractice Issues for Attorneys like Tony Thedford forcing clients into Plea Agreements by threat

to abandoned Mr. Tyler and leave Mrs. Tyler before a judge that hated her guts since he knows the other judges at the Daly Center and Joyce Toben. In addition, he was fearful that the All-White Jury would believe their lies. Therefore, he violated Mr. Tyler's "principle of right and justice". Mr. Tyler pledged reverent allegiance right and "justice". ~~~~~~~~~~~~ ~~~~~~~~~ to him in federal court.

5) Honorable Kennelly, with all due respect, Mr. Tyler was not afraid of the All White Jury. He told Attorney Thedford, "The Truth is the Light and that we are going to have the Victory." Mr. Tyler was referring to the victory with the jury. Therefore, he was not afraid.

6) In fine Tim the complaint Mr. Tyler should have written that, if he [Mr. Thedford] did not contact all the witnesses for April 11, 2006 jury trial, he would not accept any plea, but get a continuance. Mr. Thedford lied about getting a continuance and viciously forced Mr. Tyler into a Plea.

7) On or about July 1, 2007, Ms. Tyler was informed by Public Defender, Robyn Haynes, that if, Judge Mark J. Ballard reinstate the case for Appeal he is going to demand [*more and excessive*] of $25,000.00 to be reinstated also or take Ms. Tyler into custody to Cook County Jail. [*Amendment VIII Violation*] Ms. Tyler had also discovered during this time that the transcript for Judge Ballard's court was not true. Judge Ballard rescheduled and stated in open court, that all parties were to return on April 11, 2006, at 1:00 pm for a jury trial. The aforementioned comment and other comments were omitted from the transcript.

8) The original bond was $1,000.00 which 10% was paid for Joyce Tobin's false charge and evil act.

9) ~~At~~ Former attorney Tony Thedford appeared at 555 W. Harrison, the court changed the policy ~~late 2005~~ *However* not to allow laptop computers in. ~~However~~ Ms. Tyler was ~~not~~ allowed to pass through security *with her computer* and that is when Judge Ballard added the $25,000.00 bond. Two months later Ms. Tyler friends and family gave her the money in December 2005 and trial was set for April 11, 2006.

10.) Ms. Tyler was unsuccessful at the Appeal because she did not have $25,000.00 bond to post and refused to sit in Cook County jail until the Appeal could be heard for Judge Tobin. Weather provides conspiracy.

11.) Concerning Tony Medford, legal malpractice, evil conspiracy, and vexacious actions has left Ms. Tyler severly distraught, severly suffering, and character defamed by his incompetent and derelict misrepresentation of Ms. Tyler. Subject matter jurisdiction is indisputable, since Ms. Tyler has no other recourse to court access and justice. [Richmond v. Sheahan, 5 F.3d 430]. The State of Illinois is to provide its citizens a republic form of government in Article 4, Section 4 of the United States Constitution.

12.) A civil conspiracy, whereas, two or more persons conspire either to commit any offense against an individual that cause great harm to the life, liberty, and the pursuit of happiness is a violation of Ms. Tyler's Constitutional Civil Rights upon which the Defendants successfully committed. [42 USC 1983] and [42 USC 1985]

13. Moreover, Ms. Tyler's 18 month (non-reporting) supervision was not with a conviction, once the terms were completed in October 2007 it was dismissed. In Smith Hurds Unified Code of Corrections in 730 ILCS 5/5-6-3.1(e) that a case that has no other pending charges and the supervision requirements met, becomes a dismissal.

14.) Fredrick Douglas would continue to frown upon this present day court system and the Injustices innocent people like Ms. Tyler have to endure. The Collateral Estoppel in Allen vs. McCurdy, Ms. Tyler respectfully prays that this Honorable court will Rectify an Injustice done to her.

15.) Wherefore, Ms. Tyler, moves this Honorable Court to reconsider its 5/23/08 judgment and give her Justice. In God We Trust. Also, allow Ms. Tyler 14 days to type her motion for Reconsideration and time to Amend her complaint to more concisely delineate her Federal Causes of Actions under Rule 60(b)4.

Respectfully submitted,

*[signature]*

April Tyler, Pro Se

P.O. Box 11650
Chicago, Il 60611