Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2137 | **DATE** | 6/17/2008 |
| **CASE TITLE** | Tyler vs. Thedford, et al. | | |

**DOCKET ENTRY TEXT**

The *pro se* plaintiff in this case has filed, using a "Complaint" form from the Clerk's office, a motion seeking reconsideration of the Court's decision of 5/23/08 dismissing the case and denying her motion for appointment of counsel. The Clerk is directed to enter plaintiff's filing on the document as a motion for reconsideration. The Court denies plaintiff's motion, as it states no grounds that would warrant reconsideration of the Court's 5/23/08 decision.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|