In the United States District Court
For The Northern District of Illinois
Eastern Division

FILED
JUL 14 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Tyler, Plaintiff,  )  No. 08 C 2137
vs.                )  Judge Matthew F. Kennelly
Redford, et al.    )
Defendants.        )

## Notice of Appeal

Notice is hereby given that April Tyler, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the order dismissing plaintiff's law suit entered herein on May 23, 2008, and from the order denying plaintiff's motion for reconsideration entered herein on June 17, 2008.

Dated: July 14, 2008

By: April Tyler
April Tyler, Pro Se
P.O. Box 11620
Chicago, IL 60611