UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s) _Tyler_

V.

Defendant(s) _Redford, et al._

Case Number: _08 C 2137_

Judge: _Matthew J. Kennelly_

FILED JUL 14 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

## MOTION FOR APPOINTMENT OF COUNSEL

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1. I, _Naril Tyler_, declare that I am the (check appropriate box)
   [X] plaintiff  [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding[NOTE: This item *must* be completed]:
   _The repeated attorneys that I have spoken with handle corporation [illegible] litigation_

3. In further support of my motion, I declare that (check appropriate box):
   [ ] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.
   [X] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):
   [X] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.
   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.
   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

_[signature]_  
Movant's Signature

_P.O. Box 11620_  
Street Address

_July 14, 2008_  
Date

_Chicago, IL 60611_  
City, State, ZIP

As indicated in paragraph three on the preceding page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

Assigned Judge: _Kollmeyer_ (?)   Case Number: _____

Case Title: _Tyler vs Haywood_ (?)

Appointed Attorney's Name: _Farmer Cohen / Sidow / [illegible]_

If this case is still pending, please check box  [X]

Assigned Judge: _____   Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box  [ ]

Assigned Judge: _____   Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box  [ ]

Assigned Judge: _____   Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box  [ ]