In The United States District Court
For The Northern District of Illinois
Eastern Division

FILED
J.N
JUL 14 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Tyler, Plaintiff,  ) No. 08 C 2137,
vs.                ) Judge Matthew F. Kennelly
Thedford, et al.,  )
   Defendants.     )

## Notice of Appeal

Notice is hereby given that April Tyler, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the order dismissing plaintiff's lawsuit entered herein on May 23, 2008, and from the order denying plaintiff's motion for reconsideration entered herein on June 17, 2008.

Dated: July 14, 2008

By: April Tyler
April Tyler, Pro Se
P.O. Box 11620
Chicago, IL 60611

# SEVENTH CIRCUIT COURT OF APPEALS INFORMATION SHEET

Include the names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use a separate sheet if needed.

NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION DOCKET NUMBER: 08 cv 2137

| PLAINTIFF (Petitioner) | v. | DEFENDANT (Respondent) |
|---|---|---|
| Tyler/appellant | | Thedford/appellee |

(Use separate sheet for additional counsel)

| PETITIONER'S COUNSEL | | RESPONDENT'S COUNSEL | |
|---|---|---|---|
| Name | April Tyler | Name | |
| Firm | pro-se | Firm | |
| Address | P.O. Box 11620 Chgo.Il. 60611 | Address | |
| Phone | | Phone | |

| Other Information | | | |
|---|---|---|---|
| District Judge | Kennelly | Date Filed in District Court | 5/23/08 |
| Court Reporter | L. Brennan   X-5785 | Date of Judgment | 5/27/08, 6/20/08 |
| Nature of Suit Code | | Date of Notice of Appeal | 7/14/08 |

COUNSEL:   Appointed [ ]   Retained [ ]   Pro Se [X]

FEE STATUS:   Paid [ ]   Due [ ]   IFP [X]
              IFP Pending [ ]   U.S. [ ]   Waived [ ]

Has Docketing Statement been filed with the District Court Clerk's Office?   Yes [ ]   No [X]

If State/Federal Habeas Corpus (28 USC 2254/28 USC 2255), was Certificate of Appealability:

Granted [ ]   Denied [ ]   Pending [ ]

If Certificate of Appealability was granted or denied, date of order: _____

If defendant is in federal custody, please provide U.S. Marshall number (USM#): _____

**IMPORTANT: THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(A).   Rev 04/01**

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2137 | **DATE** | 5/23/2008 |
| **CASE TITLE** | April Tyler vs. Tony Thedford, et al. | | |

**DOCKET ENTRY TEXT**

For the reasons stated below, the Court grants plaintiff's motion to proceed *in forma pauperis* [docket no. 4] but directs the Clerk to enter judgment dismissing plaintiff's claims against all defendants other than Thedford for failure to state a claim, and dismissing her claim against Thedford for lack of subject matter jurisdiction. The Court denies as moot plaintiff's motion for appointment of counsel [docket no. 5].

■[ For further details see text below.]

Docketing to mail notices.
*Mail AO 450 form.

## STATEMENT

*Pro se* plaintiff April Tyler has sued attorneys Tony Thedford and Joseph Vitu, Cook County Circuit Court judge Dorothy Kinnaird, and Cook County State's Attorney Richard Devine - and perhaps others (her complaint is unclear in this regard). As best as the Court can make out her claims, Ms. Tyler alleges that in April 2006, the state's attorney brought false charges against her based on statements made by various persons, including a receptionist working for judges on a particular floor of the Richard J. Daley Center and perhaps Judge Kinnaird and Mr. Vitu. Ms. Tyler alleges that the evidence against her was false. As best as the Court can determine from Ms. Tyler's complaint, it appears that she pled guilty due to the advice of Mr. Thedford, her lawyer, and because she was afraid that the all-white jury would convict her. Ms. Tyler sues Mr. Thedford on the ground that he rendered ineffective assistance as her defense attorney and the other defendants on the ground that they brought false charges against her.

Ms. Tyler has applied to proceed *in forma pauperis*, that is, without paying the usual filing fee. The Court grants her motion but reviews her complaint to determine whether it is frivolous, malicious, or fails to state a claim upon which relief may be granted. *See* 28 U.S.C. § 1915(e)(2). Ms. Tyler has failed to state a claim. First of all, because she pled guilty, Ms. Tyler cannot pursue a federal civil rights claim for wrongful prosecution under 42 U.S.C. § 1983 against the prosecutor or the witnesses against her, unless and until her conviction is overturned, on appeal or otherwise. *See Heck v. Humphrey*, 512 U.S. 477 (1994). Ms. Tyler's claim essentially attacks her conviction, and for that reason she cannot sue under § 1983 unless and until the conviction is overturned on appeal, on a petition for habeas corpus, or otherwise. *Id.* at 486-87.

*Heck v. Humphrey* disposes of all of Ms. Tyler's claims except for her claim against Mr. Thedford, her former lawyer. The Court lacks subject matter jurisdiction over that claim due to lack of diversity of citizenship, as it appears that both Ms. Tyler and Mr. Thedford are Illinois citizens.

**STATEMENT**

For these reasons, the Court directs the Clerk to enter judgment dismissing plaintiff's claims against all defendants other than Thedford for failure to state a claim, and dismissing her claim against Thedford for lack of subject matter jurisdiction.

# United States District Court

## Northern District of Illinois

**Eastern Division**

Tyler                          **JUDGMENT IN A CIVIL CASE**

           v.                                 Case Number: 08 C 2137

Thedford

☐      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■      Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered dismissing plaintiff's claims against all defendants other than Thedford for failure to state a claim and dismissing her claim against Thedford for lack of subject matter jurisdiction.

                                                           Michael W. Dobbins, Clerk of Court

Date: 5/23/2008                              _____

                                                           /s/ Olga Rouse, Deputy Clerk

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2137 | **DATE** | 6/17/2008 |
| **CASE TITLE** | Tyler vs. Thedford, et al. | | |

**DOCKET ENTRY TEXT**

The *pro se* plaintiff in this case has filed, using a "Complaint" form from the Clerk's office, a motion seeking reconsideration of the Court's decision of 5/23/08 dismissing the case and denying her motion for appointment of counsel. The Clerk is directed to enter plaintiff's filing on the document as a motion for reconsideration. The Court denies plaintiff's motion, as it states no grounds that would warrant reconsideration of the Court's 5/23/08 decision.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|

08C2137 Tyler vs. Thedford, et al.                                                                                  Page 1 of 1

APPEAL, COLE, TERMED

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.2.1 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:08-cv-02137
### Internal Use Only

| | |
|---|---|
| Tyler v. Thedford et al | Date Filed: 05/23/2008 |
| Assigned to: Honorable Matthew F. Kennelly | Date Terminated: 05/23/2008 |
| Cause: 28:1331 Federal Question: Other Civil Rights | Jury Demand: None |
| | Nature of Suit: 440 Civil Rights: Other |
| | Jurisdiction: Federal Question |

**Plaintiff**

April Tyler      represented by   **April Tyler**
PO Box 11620
Chicago, IL 60611
PRO SE

V.

**Defendant**

Tony Thedford

**Defendant**

Joseph Vitu

**Defendant**

Dorothy Kirie Kinnaird

**Defendant**

Richard A. Devine

| Date Filed | # | Docket Text |
|---|---|---|
| 04/11/2008 | 1 | RECEIVED Complaint and 3 copies by April Tyler (Exhibit). (td, ) (Entered: 04/16/2008) |
| 04/11/2008 | 2 | CIVIL Cover Sheet. (td, ) (Entered: 04/16/2008) |
| 04/11/2008 | 3 | PRO SE Appearance by Plaintiff April Tyler. (td, ) (Entered: 04/16/2008) |
| 04/11/2008 | 4 | APPLICATION by Plaintiff April Tyler for leave to proceed in forma pauperis. (td, ) (Entered: 04/16/2008) |
| 04/11/2008 | 5 | MOTION by Plaintiff April Tyler for appointment of counsel. (td, ) (Entered: 04/16/2008) |
| | | |

| | | |
|---|---|---|
| 05/23/2008 | 6 | MINUTE entry before the Honorable Matthew F. Kennelly: For the reasons stated below, the Court grants plaintiff's motion to proceed in forma pauperis [docket no. 4] but directs the Clerk to enter judgment dismissing plaintiff's claims against all defendants other than Thedford for failure to state a claim, and dismissing her claim against Thedford for lack of subject matter jurisdiction. The Court denies as moot plaintiff's motion for appointment of counsel [docket no. 5]. Civil case terminated. Mailed notice (td, ) (Entered: 05/27/2008) |
| 05/23/2008 | 7 | ENTERED JUDGMENT Signed on 5/23/2008. (td, ) (Entered: 05/27/2008) |
| 05/23/2008 | | (Court only) ***Civil Case Terminated. (td, ) (Entered: 05/27/2008) |
| 06/09/2008 | 8 | MOTION by Plaintiff April Tyler for reconsideration of May 23, 2008 Order/Judgment 6 . (td, ) (Entered: 06/20/2008) |
| 06/17/2008 | 9 | MINUTE entry before the Honorable Matthew F. Kennelly: The pro se plaintiff in this case filed, using a "Complaint" form from the Clerk's Office, a motion seeking reconsideration of the Court's decision of 5/23/08 dismissing the case and denying her motion for appointment of counsel. The Clerk is directed to enter plaintiff's filing on the document as a motion for reconsideration. The Court denies plaintiff's motion, as it states no grounds that would warrant reconsideration of the Court's 5/23/08 decision. Mailed notice (td, ) (Entered: 06/20/2008) |
| 07/14/2008 | 10 | NOTICE of appeal by April Tyler regarding orders 7 , 6 , 9 (ifp) (dj, ) (Entered: 07/16/2008) |
| 07/14/2008 | 11 | APPPLICATION by Plaintiff April Tyler for leave to appeal in forma pauperis and financial affidavit. (dj, ) (Entered: 07/16/2008) |
| 07/14/2008 | 12 | MOTION by Plaintiff April Tyler for appointment of counsel (dj, ) (Entered: 07/16/2008) |
| 07/16/2008 | 13 | NOTICE of Appeal Due letter sent to counsel of record (dj, ) (Entered: 07/16/2008) |