**FILED**
**JULY 17, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

July 16, 2008

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 08-2777
>
> Caption:
> APRIL TYLER,
> Plaintiff - Appellant
>
> v.
>
> TONY THEDFORD, JOSEPH F. VITU, Jr., DOROTHY KINNAIRD, and RICHARD A. DEVINE,
> Defendants - Appellees
>
> District Court No: 1:08-cv-02137
> Court Reporter L. Brennan
> Clerk/Agency Rep Michael Dobbins
> District Judge Matthew Kennelly
>
> Date NOA filed in District Court: 07/14/2008

If you have any questions regarding this appeal, please call this office.

CC:

April Tyler

form name: **c7_Docket_Notice_short_form** (form ID: **188**)