# SEVENTH CIRCUIT TRANSCRIPT INFORMATION SHEET

08 [illegible]

**PART I** — Must be completed by party or party's attorney pursuant to Rule 10(b) of the Federal Rules of Appellate Procedure and Rule 11(a) of the Circuit Rules. The appellant must file this form with the court reporter within 10 days of filing the notice of appeal, whether transcript is being ordered or not. (FRAP 10(b)(1)) "Satisfactory arrangements with the court reporter for payment of the costs of the transcripts" must also be made at that time. (FRAP 10(b)) Note: Appellees as well as appellants are expected to use this form when ordering transcripts.

| Short Title | District | D.C. Docket No. |
|---|---|---|
| Tyler vs. The Hard | Northern | 08 C 2137 |
| | District Judge: Matthew F. Kennelly | Court Reporter: |

☐ I am ordering transcript.
☒ I am not ordering transcript, because [handwritten] Refused by Judge Kennelly
☐ The transcript has been ordered.

Sign below and return original and one copy to court reporter. Distribute remaining copies to Clerk of the District Court and opposing party, retaining one copy for yourself.

Indicate proceedings for which transcript is required. Dates must be provided:

Date(s): N/A

☐ Pre-trial proceedings. Specify: _____
☐ Voir Dire
Trial or hearing. Specify: _____
☐ Opening statement
☐ Instruction conference
☐ Closing statements
☐ Court instructions
☐ Post-trial proceedings. Specify: _____
☐ Sentencing
☐ Other proceedings. Specify: _____

U.S.C.A. — 7th Circuit RECEIVED JUL 24 2008 GINO J. AGNELLO CLERK

FILED JUL 24 2008 NF MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

Method of Payment: ☐ Cash  ☒ Check or Money Order  ☐ C.J.A. Voucher
Status of Payment: ☐ Full Payment  ☐ Partial Payment  ☐ No Payment Yet    N/A

Signature: _____     Telephone No.: _____
Address: Chicago IL _____    Date: July 14, 2008

**PART II** — Must be completed by Court Reporter pursuant to Rule 11(b) of the Federal Rules of Appellate Procedure. By signing this Part II, the Court Reporter certifies that satisfactory arrangements for payment have been made.

| U.S.C.A. Docket No. | Date Order Received | Estimated Completion Date | Estimated Length |
|---|---|---|---|
| | | | |

Signature of Court Reporter: L M Brennan     Date: 7-21-08

NOTICE: The Judicial Conference of the United States, by its resolution of March 11, 1982, has provided that a penalty of 10 percent must apply, unless a waiver is granted by the Court of Appeals Clerk, when a "transcript of a case on appeal is not delivered within 30 days of the date ordered and payment received for." The penalty is 20 percent for transcript not delivered within 60 days.

WHITE - COURT REPORTER; YELLOW - COURT REPORTER, THEN SENT TO U.S.C.A. CLERK; BLUE - SERVICE COPY (reproduce additional copies, if necessary); PINK - DISTRICT COURT CLERK; GOLD - PARTY/COUNSEL ORDERING TRANSCRIPT