# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
**CLERK**                                                                 312-435-5670

August 7, 2008

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois  60604

RE: Tyler -v- Thedford

U.S.D.C. DOCKET NO. : 08 cv 2137

U.S.C.A. DOCKET NO. : 08 - 2777

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

VOLUME(S) OF PLEADING(S)          *1 Volume of Pleadings*

VOLUME(S) OF TRANSCRIPT(S)

VOLUME(S) OF DEPOSITION(S)

EXHIBITS:

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

                                                        Very truly yours,

                                                        Michael W. Dobbins, Clerk

                                                        By:_____
                                                           D. Jordan, Deputy Clerk

**I, MICHAEL W. DOBBINS, CLERK** of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the documents submitted herewith and annexed hereto are the original papers filed and entered of record in my office, on the dates in the List of Documents, and together with a true copy of docket entries as they appear in the official dockets in this office, consisting of:

*1 Volume of Pleadings*

In the cause entitled: Tyler -v- Thedford.

USDC NO.   : 08 cv 2137

USCA NO.   : 08 - 2777

IN TESTIMONY WHEREOF, I hereunto subscribed my name and affixed the seal of the aforesaid Court at Chicago, Illinois, this 7th day of Aug. 2008.

MICHAEL W. DOBBINS, CLERK

By: _____
    D. Jordan, Deputy Clerk

APPEAL, COLE, TERMED

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.2.1 (Chicago)
### CIVIL DOCKET FOR CASE #: 1:08-cv-02137
### Internal Use Only

Tyler v. Thedford et al
Assigned to: Honorable Matthew F. Kennelly
Case in other court: 08-02777
Cause: 28:1331 Federal Question: Other Civil Rights

Date Filed: 05/23/2008
Date Terminated: 05/23/2008
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**
**April Tyler**     represented by **April Tyler**
PO Box 11620
Chicago, IL 60611
PRO SE

V.

**Defendant**
**Tony Thedford**

**Defendant**
**Joseph Vitu**

**Defendant**
**Dorothy Kirie Kinnaird**

**Defendant**
**Richard A. Devine**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/11/2008 | 1 | RECEIVED Complaint and 3 copies by April Tyler (Exhibit). (td, ) (Entered: 04/16/2008) |
| 04/11/2008 | 2 | CIVIL Cover Sheet. (td, ) (Entered: 04/16/2008) |
| 04/11/2008 | 3 | PRO SE Appearance by Plaintiff April Tyler. (td, ) (Entered: 04/16/2008) |
| 04/11/2008 | 4 | APPLICATION by Plaintiff April Tyler for leave to proceed in forma pauperis. (td, ) (Entered: 04/16/2008) |
| 04/11/2008 | 5 | MOTION by Plaintiff April Tyler for appointment of counsel. (td, ) |

|   |   |   |
|---|---|---|
|   |   | (Entered: 04/16/2008) |
| 05/23/2008 | 6 | MINUTE entry before the Honorable Matthew F. Kennelly: For the reasons stated below, the Court grants plaintiff's motion to proceed in forma pauperis [docket no. 4] but directs the Clerk to enter judgment dismissing plaintiff's claims against all defendants other than Thedford for failure to state a claim, and dismissing her claim against Thedford for lack of subject matter jurisdiction. The Court denies as moot plaintiff's motion for appointment of counsel [docket no. 5]. Civil case terminated. Mailed notice (td, ) (Entered: 05/27/2008) |
| 05/23/2008 | 7 | ENTERED JUDGMENT Signed on 5/23/2008. (td, ) (Entered: 05/27/2008) |
| 05/23/2008 |   | (Court only) ***Civil Case Terminated. (td, ) (Entered: 05/27/2008) |
| 06/09/2008 | 8 | MOTION by Plaintiff April Tyler for reconsideration of May 23, 2008 Order/Judgment 6 . (td, ) (Entered: 06/20/2008) |
| 06/17/2008 | 9 | MINUTE entry before the Honorable Matthew F. Kennelly: The pro se plaintiff in this case filed, using a "Complaint" form from the Clerk's Office, a motion seeking reconsideration of the Court's decision of 5/23/08 dismissing the case and denying her motion for appointment of counsel. The Clerk is directed to enter plaintiff's filing on the document as a motion for reconsideration. The Court denies plaintiff's motion, as it states no grounds that would warrant reconsideration of the Court's 5/23/08 decision. Mailed notice (td, ) (Entered: 06/20/2008) |
| 07/14/2008 | 10 | NOTICE of appeal by April Tyler regarding orders 7 , 6 , 9 (ifp) (dj, ) (Entered: 07/16/2008) |
| 07/14/2008 | 11 | APPPLICATION by Plaintiff April Tyler for leave to appeal in forma pauperis and financial affidavit. (dj, ) (Entered: 07/16/2008) |
| 07/14/2008 | 12 | MOTION by Plaintiff April Tyler for appointment of counsel (dj, ) (Entered: 07/16/2008) |
| 07/16/2008 | 13 | NOTICE of Appeal Due letter sent to counsel of record (dj, ) (Entered: 07/16/2008) |
| 07/16/2008 | 14 | TRANSMITTED to the 7th Circuit the short record on notice of appeal 10 . Notified counsel (dj, ) (Entered: 07/16/2008) |
| 07/17/2008 | 15 | ACKNOWLEDGEMENT of receipt of short record on appeal regarding notice of appeal 10 ; USCA Case No. 08-2777. (td, ) (Entered: 07/18/2008) |
| 07/24/2008 | 16 | SEVENTH CIRCUIT transcript information sheet by April Tyler. (Poor Quality Original - Paper Document on File.) (td, ) (Entered: 07/28/2008) |

KEY

All circled items are included in this record.
All crossed out items are not included in the record.
S/C: These items are sent under a separate certificate.
N/A: These items are not available.